DPS-256                                                                                                  May 26, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-1167**

UNITED STATES OF AMERICA

      VS.

CURTIS L. MCKEITHAN

     (M.D. PA. CRIM. NO. 00-CR-00278-1)

Present:      ROTH, BARRY and SMITH, Circuit Judges

              Submitted are:

              (1)     Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

              (2)     Appellant's motion for counsel; and

              (3)     Appellant's motion to amend his § 2255 motion

              in the above-captioned case.

                                                                                   Respectfully,
                                                                                                            Clerk

MMW/RL/cmh

_____ORDER_____

The foregoing application for a certificate of appealability is denied. For essentially the reasons explained by the District Court, McKeithan has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). McKeithan's motion to amend his § 2255 motion is denied. United States v. Booker, 125 S.Ct. 738 (2005), does not apply retroactively to his § 2255 motion. See Lloyd v. United States, C.A. No. 04-3549, slip. op. (3d Cir. May 17, 2005). McKeithan's motion for the appointment of counsel is denied.

                                                                                              By the Court,

                                                                     /s/ D. Brooks Smith
                                                                   Circuit Judge

Dated: August 19, 2005
CMH/cc: CLM, GADZ



A True Copy:

Marcia M. Waldron