# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 16, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re: Curtis McKeithan
        v. United States
        No. 05-7546
        (Your No. 05-1167)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 7, 2005 and placed on the docket November 16, 2005 as No. 05-7546.

        Sincerely,

        **William K. Suter**, Clerk

        by

        Ruth Jones
        Case Analyst