# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 9, 2006

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Curtis McKeithan
    v. United States
    No. 05-7546
    (Your No. 05-1167)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

FILED
HARRISBURG, PA
JAN 2 3 2006
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk